BROWN | POORE LLP
Scott A. Brown (SBN 177099)
David M. Poore (SBN 192541)
1350 Treat Boulevard, Suite 420
Walnut Creek, California 94597
Telephone: (925) 943-1166
Facsimile: (925) 955-8600
sbrown@bplegalgroup.com

Attorneys for Plaintiffs
MICHAEL SIBBITT, JR. and
ELISABETH TERWILLIGER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISABETH TERWILLIGER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG; BRIAN ADDINGTON, and DOES 1-25,<br><br>Defendants. | Case No. 3:16-CV-04373<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER**<br><br>**Related Case: Michael Sibbitt, Jr. v. City of Pittsburg, et. al., Case no. 3:16-CV-04377** |

| | |
|---|---|
| 1 | Plaintiffs MICHAEL SIBBITT, JR., and ELISABETH TERWILLIGER and Defendants CITY OF PITTSBURG, BRIAN ADDINGTON, and MICHAEL PERRY, by and through their counsel of record, hereby stipulate as follows: |

Plaintiffs MICHAEL SIBBITT, JR., and ELISABETH TERWILLIGER and Defendants CITY OF PITTSBURG, BRIAN ADDINGTON, and MICHAEL PERRY, by and through their counsel of record, hereby stipulate as follows:

WHEREAS on October 5, 2017 the Court issued its pretrial scheduling order;

WHEREAS the Court set November 4, 2017 as the last date to amend the pleadings;

WHEREAS the parties have engaged in good faith attempts at informal resolution of the pleadings and desire to continue these attempts;

WHEREAS defense counsel requires additional time to inquire as to whether he may obtain authority to stipulate to including Lt. Patrick Wentz as a defendant in this matter;

WHEREAS the Parties agree that in the interests of judicial efficiency and to avoid incurring additional expenses, it is in the best interests of the Court and the Parties for the Court to modify Section 2 of its Pretrial Scheduling Order to extend the deadline to amend the pleadings until November 17, 2017.

NOW THEREFORE, the parties stipulate, by and through their counsel and pursuant to Court approval that: The deadline for the parties to amend the pleadings is November 17, 2017.

IT IS SO STIPULATED.

Dated: November 2, 2017      BROWN POORE LLP

*/s/ Scott A. Brown*

Scott A. Brown
*Attorneys for Plaintiffs Michael Sibbitt, Jr. and Elisabeth Terwilliger*

Dated: November 2, 2017      JACKSON LEWIS

*/s/ Michael J. Christian*

Michael J. Christian
*Attorneys for Defendants City of Pittsburg, Brian Addington, Michael Perry*

The Parties attest that on file are all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: November 3, 2017

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE